PD NO. <u>PD·0994·15</u>

IN THE TEXAS COURT OF CRIMINAL APPEALS

CITY OF AUSTIN, TRAVIS COUNTY

---

THIRTEENTH COURT OF APPEALS

CITY OF CORPUS CHRISTI, NUECES COUNTY

NO. 13-14-00372-CR

---

163RD JUDICIAL DISTRICT COURT

CITY OF VIDOR, ORANGE COUNTY

TRIAL COURT NO. B-130-137-R

---

CURTIS ALLEN GARRISON, APPELLANT PRO SE,

VS.

STATE OF TEXAS

APPELLEE.

FILED IN
COURT OF CRIMINAL APPEALS

AUG 0 5 2015

Abel Acosta, Clerk

---

APPELLANT'S PRO SE MOTION TO SUSPEND THE RULES TRAPP. RULE 2

---

TO:THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

INTO COURT COMES, Curtis Allen Garrison, Appellant pro se, and pursuant to TRApp. Proc. Rule 2, asks the Court to suspend the rule requiring petitioner's for discretionary review to provide the Court, with fifteen copies of pro se petitions asking the Court, to exercise its discretion and review the Thirteenth Court of Appeals, opinion affirming his conviction out of Orange

County, in the 163rd Judicial District Court, and his LIFE sentence for the offense of capital murder. In support of his request to the Court, Appellant would respectfully show the Court, the following below:

## I.
## APPELLANT'S CONFINEMENT AT MAXIMUM SECURITY PRISON

Upon his conviction and sentence, Appellant was taken into custody and transfered to the Texas Department of Criminal Justice, at the Correctional Institutional Division, (TDCJ-CID) and has been assigned to the maximum security, French M. Robertson Unit, in Jones County, Abilene, Texas. Appellant has limited access and restricted availability, to legal research tools in the prison's law library, and the TDCJ-CID 'does not' provide any copying service for court documents, to inmate litigants, and Orange County, has not provided appointed counsel to continue representing Appellant, through this additional litigation provided by the State, to exhaust state court remedies of lower court decisions for criminal appeals. Additionally, Appellant is not paid any wage for any prison labor he may perform, and Texas does not allow Appellant to handle any cash or own and operate any revenue earning business, without prison officials's permission. Prison officials, have not granted Appellant any authorization, to own or operate a business while confined.

## II.
## PRAYER AND CONCLUSION

For all the reasons stated above, Appellant respectfully prays, and request that this honorable Court of Criminal Appeals, pursuant to Rule 2, will suspend the rule requiring Appellant to submit fifteen copies of the petition for discretionary review,

and further request that the Court, suspend the rule that requires Appellant to provide fifteen copies of the Court of Appeals opinion issued on July 16, 2015, from Corpus Christi, Texas.

Date:_____8-1_____, 2015          Respectfully submitted,

_Curtis Garrison_
Curtis Allen Garrison
Appellant Pro Se
#1926723, Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601-8799

## CERTIFICATE OF SERVICE

I, Curtis Allen Garrison, do hereby certify that a true and correct copy, of the foregoing Motion For Suspension Of The Rules, Rule 2, TRAPP.P. has been served on the State, by U.S. Mail, first class postage paid in advance, addressed to the below, on this___1___day of __Aug__, 2015:

Mr. John D. Kimbrough
Criminal District Attorney
Orange County District Attorney's Office
801 Division
Orange, Texas 77630

_Curtis Garrison_
Curtis Allen Garrison